## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br>Rabbani, Mohammed G. | Case No. : 20-11849-JKS<br>Chapter 7<br>Judge: John K. Sherwood |

## NOTICE OF PROPOSED ABANDONMENT

On November 15, 2023, Jeffrey T. Testa, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk: United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on December 19, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 68 FRONT ST, PATERSON, NJ 07522-1449 | The value of the property per M&T Bank is $261,33.00. With 10% cost of sale and exemption, the sale value is $207,569.70 less carrying cost of the property including property taxes, utilities and other maintenance. | Per M&T Bank, the principal balance on the mortgage together with interest and fees is $528,394.06. | $27,900.00 |

Objections must be served on, and requests for additional information directed to:

ME1 46633347v.1

NAME:          Jeffrey T. Testa

ADDRESS:       McCarter & English, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079

TELEPHONE NO:  (973) 639-7939

United States Bankruptcy Court

District of New Jersey

In re:

Case No. 20-11849-JKS

Mohammed G. Rabbani

Chapter 7

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2

User: admin

Page 1 of 2

Date Rcvd: Nov 15, 2023

Form ID: pdf905

Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mohammed G. Rabbani, 68 Front St, Apt 2, Paterson, NJ 07522-1449 |
| 518802277 | + | HSBC et al by its, servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel LLP, Post Office Box 840, Buffalo, New York 14240-0840 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 15 2023 21:02:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 15 2023 21:02:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 21:13:51 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518695475 | | Email/Text: Bankruptcy@ICSystem.com | Nov 15 2023 21:02:00 | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518785698 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:45 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 518733757 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:40 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 518695477 | | Email/Text: camanagement@mtb.com | Nov 15 2023 21:02:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518733759 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:43 | Pinnacle Credit Services, ISAOA Cellco For Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 518745451 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2023 21:13:40 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518698191 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 21:13:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518733760 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Nov 15 2023 21:13:48 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 11

District/off: 0312-2                         User: admin                                    Page 2 of 2
Date Rcvd: Nov 15, 2023                       Form ID: pdf905                              Total Noticed: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518734153 | | Salma Riya, No Address |
| 518733753 | * | IC Systems Collections, PO Box 64378, Saint Paul, MN 55164-0378 |
| 518733756 | * | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 518733758 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 518695476 | ## | KML Law Group, P.C., 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 17, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2023 at the address(es) listed
below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com  J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor HSBC et al by its servicing agent M&T Bank jdevine@tmppllc.com  ecf@tmppllc.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor M&T BANK jdevine@tmppllc.com  ecf@tmppllc.com |
| Laura M. Egerman | on behalf of Creditor HSBC et al by its servicing agent M&T Bank laura.egerman@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor M&T BANK phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Richard Gerbino | on behalf of Creditor HSBC et al by its servicing agent M&T Bank rgerbino@schillerknapp.com lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| Steven D. Pertuz | on behalf of Debtor Mohammed G. Rabbani pertuzlaw@verizon.net g16461@notify.cincompass.com;pertuz.stevenb130381@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9