UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc. Mortgage Loan

In Re:
 Mohammed G. Rabbani

Order Filed on November 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: 20-11849 JKS

Chapter: 7

Hearing Date:
Judge: John K. Sherwood

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: November 29, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>HSBC Bank USA, National Association as Trustee for Deutsche Mortgage Securities, Inc. Mortgage Loan Trust, Series 2004-3</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and no objection having been filed to the motion, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■    Real Property More Fully Described as:

    **Land and premises commonly known as Lot 10, Block 0207, 66 -68 Front St, Paterson NJ 07522**

- ☐    Personal Property More Fully Describes as:

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Mortgage and pursue its State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*