Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  20−11849−JKS
        Chapter:  7
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mohammed G. Rabbani
   68 Front St
   Apt 2
   Paterson, NJ 07522−1449

Social Security No.:
   xxx−xx−6568

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I _Lucinda Chapman_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Property at 68 Front Street, Paterson NJ

Dated: December 13, 2023
JAN: lc

                                                        Jeanne Naughton
                                                        Clerk